MICHELE BECKWITH
Acting United States Attorney
ANTONIO J. PATACA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>IVAN ALEJANDRO HERNANDEZ,<br><br>  Defendant. | CASE NO. 1:23-CR-00115-NODJ-BAM<br><br>STIPULATION VACATNG STATUS CONFERENCE AND SETTING CHANGE OF PLEA HEARING; AND ORDER |

**STIPULATION**

1. By previous order, this matter was set for status conference on May 28, 2025.

2. By this stipulation, defendant now moves to vacate the status conference and set a change of plea hearing on March 10, 2025.

3. No exclusion of time is required as time was previously excluded up to and including May 28, 2025.

IT IS SO STIPULATED.

Dated: February 10, 2025                    MICHELE BECKWITH
                                            Acting United States Attorney

                                            /s/ ANTONIO J. PATACA
                                            ANTONIO J. PATACA
                                            Assistant United States Attorney

Dated: February 10, 2025

/s/ STEVEN CRAWFORD
STEVEN CRAWFORD
Counsel for Defendant
IVAN ALEJANDRO HERNANDEZ

## ORDER

IT IS SO ORDERED that the status conference set for May 28, 2025, is vacated. A change of plea hearing is set for **March 10, 2025, at 8:30 a.m. in Courtroom 5 before the District Court Judge**. Time was previously excluded up to and including May 28, 2025.

IT IS SO ORDERED.

Dated:  **February 10, 2025**           /s/ *Barbara A. McAuliffe*
                               UNITED STATES MAGISTRATE JUDGE