Steven L. Crawford #166488
LAW OFFICE OF STEVEN L. CRAWFORD
P.O. Box 553
Grover Beach, CA 93483
Tel:805-458-6312
slcrawfordlaw@gmail.com

Attorney for Defendant IVAN ALEJANDRO HERNANDEZ

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Petitioner, )<br>)<br>vs. )<br>)<br>IVAN ALEJANDRO HERNANDEZ, )<br>)<br>)<br>Defendant. )<br>_____ ) | Case No. 1:23CR00115-TLN-BAM<br><br>STIPULATION TO CONTINUE<br>  SENTENCING<br><br><br><br>Original Date:   July 14, 2025<br>Requested Date:  August 25, 2025 |

IT IS HEREBY STIPULATED by and between the parties in the above-entitled case, that the sentencing hearing currently set for July 14, 2025, be continued to a new date of August 25, 2025, at 9:30 am in Courtroom 5 before Chief Judge Troy L. Nunley in Fresno.

///

///

Stipulation to continue sentencing hearing
United States of America v. IVAN HERNANDEZ
Page 1

The basis for this stipulation is that defense counsel has some additional evidence he wants to review and research as well as some information that needs to be verified prior to the defendant being sentenced.   The parties stipulate that time will be excluded up to and including the new date for sentencing.

July 9, 2025

                              /ANTONIO J. PATACA
                              ANTONIO J. PATACA
                              AUSA

                              /Steven L. Crawford/
                              STEVEN L. CRAWFORD
                              Attorney for IVAN HERNANDEZ

## ORDER

Pursuant to the stipulation of the parties and good cause appearing, the sentencing hearing previously scheduled for July 14, 2025, is continued to the new date of August 25, 2025, at 9:30 a.m.

IT IS SO ORDERED.

Dated:   **July 9, 2025**

                              DALE A. DROZD
                              UNITED STATES DISTRICT JUDGE

Stipulation to continue sentencing hearing
United States of America v. IVAN HERNANDEZ
Page 2