1  Law Office of Steven L. Crawford
   Steven L. Crawford #166488
2  P.O. Box 553
   Grover Beach, CA 93483
3  Tel: (805)458-6312
   slcrawfordlaw@gmail.com
4
   Attorney for Defendant
5       IVAN ALEJANDRO HERNANDEZ

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11                                          )
    UNITED STATES OF AMERICA,                )  Case No. 1:23-cr-00115 TLN/BAM
12                                          )
              Plaintiff,                     )
13                                          )  STIPULATION TO CONTINUE SENTENCING
    vs.                                      )  HEARING; ORDER
14                                          )
    IVAN ALEJANDRO HERNANDEZ,                )
15                                          )  Judge: Hon. TROY L. NUNLEY
              Defendant.                     )
16  _____)

17       **IT IS HEREBY STIPULATED**, by and between the parties, through their respective

18  counsel, Assistant United States Attorney ANTONIO J. PATACA, counsel for plaintiff, and

19  Steven L. Crawford, appointed counsel for defendant Mr. Hernandez, that the sentencing hearing

20  currently set for August 25, 2025 at 9:30 a.m. be continued and ask the court to set a new

21  sentencing date of December 1, 2025 at 9:30 a.m.

22       There are some medical issues that Mr. Hernandez urgently needs to have taken care of.

23  Mr. Hernandez has been attempting to get medical appointments from the staff at FCJ. My

24  understanding is that the appointments are finally going to be set and so we are requesting a

25  delay in the sentencing of Mr. Hernandez.

26

27

28

WHEREFORE, the parties respectfully request that the Court set this matter for a continued sentencing hearing on December 1, 2025.

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: August 20, 2025                /s/ ANTONIO J. PATACA
                                     Stephanie M. Stokman
                                     Assistant United States Attorney
                                     Attorney for Plaintiff

Date: August 20, 2025                /s/    Steven L. Crawford
                                     Steven L. Crawford
                                     Attorney for Defendant
                                     IVAN ALEJANDRO HERNANDEZ

## **O R D E R**

Pursuant to the parties' stipulation, the Court hereby vacates the sentencing date set for August 25, 2025, and resets this matter for sentencing on December 1, 2025, at 9:30 a.m., in Courtroom 5.

Dated: August 20, 2025

_____
Troy L. Nunley
Chief United States District Judge

USA v. Hernandez: Stipulation
and Order

2